

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2015

No. 04-15-00281-CR

Kevin **BALDITT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR3121
Honorable Ray Olivarri, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on June 3, 2015.

Marilyn Barnard

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2015.

_____
Keith E. Hottle, Clerk